United States District Court
Middle District of Florida
Jacksonville Division

**EILEEN TRACI RACE ET AL.,**

    *Plaintiffs,*

V.                                                      **NO. 3:18-CV-153-J-39PDB**

**BRADFORD COUNTY, FLORIDA, BOARD OF COUNTY COMMISSIONERS ET AL.,**

    *Defendants.*

# Order

Before the Court is a motion to excuse three defendants from personally participating in the mediation scheduled to occur by Zoom: Richard Walmsley, Karen Starr, and Shirley Ford. Doc. 86. They are insured by the Florida Sheriff's Risk Management Fund, and a lawyer will attend the mediation with full authority to settle. Doc. 86 at 1. The plaintiffs have no opposition. Doc. 86 at 2.

The Court conducted a telephone conference with the parties. Counsel for the defendants explained the mediator has no objection and detailed the hardships.

Based on counsel's representations during the conference, the Court **granted** the motion, Doc. 86. Mr. Walmsley, Ms. Starr, and Ms. Ford are excused from attending the mediation. Defense counsel agreed he will use best efforts to ensure his clients are available by telephone during the mediation.

**Ordered** in Jacksonville, Florida, on September 25, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2

c:	Counsel of record

Case 3:18-cv-00153-BJD-PDB   Document 93   Filed 09/25/20   Page 2 of 2 PageID 1619