IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   3:18-cv-153-J-39PDB

EILEEN TRACI RACE, et al.,

    Plaintiffs,

v.

BRADFORD COUNTY, FLORIDA, et al.,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, EILEEN TRACI RACE, et al., in the above-styled case, by and through their counsel of record listed below, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Judgment entered on March 19, 2021, (Doc. 233), Ordered Denying Plaintiff's Motion for New Trial entered on May 6, 2021 (Doc. 254), and the portions of all orders underlying the Judgment and Order that were adverse to Plaintiffs.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2021, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Nelson E. Sierra*
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**NELSON E. SIERRA (FL Bar No. 124247)**
**MICAH E. NIHART (FL Bar No. 1024724)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**